AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**Jerome Marshall Carter**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about   **July 23, 2007**   in   **Washington, D.C.**   county, in the _____ District of   **Columbia**   defendant(s) did, *(Track Statutory Language of Offense)*

by force and violence, and by intimidation, take and attempt to take, from the person and presence of another, money belonging to, and in the care, custody, control, management, and possession of, any bank, credit union, and any savings and loan association

in violation of Title   **18**   United States Code, Section(s)   **2113(a)**   .

I further state that I am   **Sean Fitzgerald, Special Agent with the Federal Bureau of Investigation**   , and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

_____
Signature of Complainant

AUSA, Angela Schmidt   (202) 514-7273          Sean Fitzgerald, Special Agent
Sworn to before me and subscribed in my presence,    Federal Bureau of Investigation

_____          at   **Washington, D.C.**
Date                                                                   City and State

_____          _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sean M. Fitzgerald, Special Agent with the Federal Bureau of Investigation, Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for approximately 25 months . I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since October 2006. I have participated in numerous robbery investigations and search warrants, resulting in the convictions of defendants.

2. This affidavit is submitted in support of an arrest warrant for **JEROME MARSHALL CARTER**, date of birth Xxxxx xx, xxxx, for Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. On July 16, 2007, at approximately 1:10 p.m., a lone black male robbed Citibank, 1749 ½ Columbia Road NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller by stating he had a gun. The teller gave the bank robber $2,880.00, after which the suspect left the bank. Eyewitnesses described the robber as black male,

2

medium complexion, in his 50's, between approximately 5'5" and 5'9", weighing approximately 170-180 lbs, with a mustache and thick glasses. Clear photographs of the robber were obtained from the bank surveillance cameras. In addition, evidence technicians recovered a business card from the counter where the suspect was waiting for an available teller before he committed the robbery.

5. On Monday, July 23, 2007, at approximately 1:50 p.m., a lone black male walked into the Suntrust Bank, 965 L'Enfant Plaza SW, Washington, DC, a federally insured financial institution, and verbally demanded money from a teller by stating that he had a gun. The teller gave the bank robber $11,210.00, after which the suspect left the bank. Eyewitnesses described the man who robbed the bank as a black male, medium complexion, in his 50's, approximately 5'9", slender build, and weighing approximately 140-145 lbs, with a mustache and thick glasses. Clear photographs of the robber were obtained from the bank surveillance cameras.

6. Your affiant and other law enforcement officers compared surveillance photographs from the two bank robberies and determined that the individual depicted in the photographs appears to be similar in age, height, weight, complexion, facial hair and facial characteristics. In addition, the glasses worn by the robber in both robberies appeared to be very similar.

7. On or about July 23, 2007, a wanted poster containing surveillance photographs from the July 23, 2007, bank robbery was forwarded to the Court Services and Offender Supervision Agency (CSOSA). On July 24, 2007, a supervisor in the CSOSA office contacted investigators and indicated that the individual in the wanted flyer was **JEROME MARSHALL CARTER**.

3

8. On July 24, 2007, investigators showed a wanted posted containing surveillance photographs from the July 16, 2007, bank robbery to the proprietor of the business listed on the business card recovered from the scene. The proprietor identified the individual in the photographs as a client of the business named **JEROME CARTER**.

9. On July 25, 2007, investigators obtained photographs of **JEROME MARSHALL CARTER**. **JEROME MARSHALL CARTER** is 58 years old, 5'9", and weighed 175 lbs at the time the most recent photograph was taken. **CARTER'**s appearance in the photographs is similar in weight, build, complexion, facial hair and facial characteristics to the appearance of the individual depicted in the bank surveillance photographs. In one of the photographs, **JEROME MARSHALL CARTER** also is wearing glasses that appear to be identical to those worn by the bank robber.

10. On July 25, 2007, a photo spread identification procedure was conducted with the Citibank teller who was robbed on July 16, 2007. A photo array consisting of nine photographs of individuals of similar appearance was provided to the teller for review. The teller stated that the photograph depicting **JEROME MARSHALL CARTER** appeared to be the man who robbed the Suntrust Bank on July 23, 2007, but she could not be 100% certain because none of the individuals shown in the photo array was wearing glasses.

11. On July 25, 2007, a photo spread identification procedure was conducted with the Suntrust teller who was robbed on July 23, 2007. A photo array consisting of nine photographs of individuals of similar appearance was provided to the teller for review. The teller positively identified the photograph depicting **JEROME MARSHALL CARTER** as the man who robbed the Suntrust Bank on July 23, 2007. The teller stated that she was 100% certain the man identified in the photo array was the man who robbed her on July 23, 2007.

4

12. Based on the foregoing, there is probable cause to believe that the defendant, **JEROME MARSHALL CARTER**, did unlawfully, knowingly and intentionally, rob the Suntrust Bank, 965 L'Enfant Plaza SW, Washington, DC, on July 23, 2007, in violation of 18 U.S.C. 2113(a).

_____
Sean M. Fitzgerald, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____day of July, 2007

_____
United States Magistrate Judge
District of Columbia