UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07 - 215 |
| | : | |
| v. | : | MAGISTRATE NO. 07-0381M-01 (CR) |
| | : | |
| JEROME MARSHALL CARTER, | : | VIOLATIONS: 18 U.S.C. §2113(a) |
| Defendant. | : | (Bank Robbery) |

**INDICTMENT**              AUG 23 2007

The Grand Jury charges that:

WALTON, J. RBW

**COUNT ONE**

On or about July 16, 2007, within the District of Columbia, the defendant, **JEROME MARSHALL CARTER**, by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Citibank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

**COUNT TWO**

On or about July 23, 2007, within the District of Columbia, the defendant, **JEROME MARSHALL CARTER**, by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and

possession of SunTrust Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:

FOREPERSON.

_____
Attorney of the United States in
and for the District of Columbia