IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No: 07-215 (RBW) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| JEROME M. CARTER, | : | 18 U.S.C. §2113(a) |
| | : | (Bank Robbery) |
| Defendant. | : | |
| | : | 28 U.S.C. §2461(c) |
| | : | 18 U.S.C. §981(a)(1)(C) |
| | : | (Criminal Forfeiture) |

### INFORMATION

The United States Attorney informs the Court:

#### COUNT ONE

On or about June 18, 2007, within the District of Columbia, the defendant, **JEROME M. CARTER,** by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Wachovia Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

#### COUNT TWO

On or about June 29, 2007, within the District of Columbia, the defendant, **JEROME M. CARTER,** by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and



possession of United Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

### COUNT THREE

On or about July 11, 2007, within the District of Columbia, the defendant, **JEROME M. CARTER,** by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Wachovia Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

### COUNT FOUR

On or about July 16, 2007, within the District of Columbia, the defendant, **JEROME M. CARTER,** by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Citibank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

### COUNT FIVE

On or about July 23, 2007, within the District of Columbia, the defendant, **JEROME M. CARTER,** by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of

SunTrust Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

### FORFEITURE ALLEGATION

1. The violations alleged in Counts One through Five of this Information are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 28, United States Code, Section 2461(c), incorporating Title 18, United States Code, Section 981(a)(1)(C).

2. As a result of the offense alleged in Count Five of this Information, the defendant in this Information shall forfeit to the United States a black 1999 Chevrolet Tahoe, VIN # 1GNEK13R7XJ446304, which is property traceable to proceeds obtained directly or indirectly as a result of bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. By virtue of the commission of the felony offense charged in Count Five of this Information, any and all interest that the defendant has in property involved in, or property traceable to such property involved in, the aforementioned bank robbery, in violation of Title 18, United States Code, Section 2113(a), is vested in the United States and hereby forfeited to the

United States pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 18, United States Code, Section 981(a)(1)(C).

(**Criminal Forfeiture**, in violation of Title 28, United States Code, Section 2461(c), incorporating Title 18, United States Code, Section 981(a)(1)(C))

          JEFFREY A. TAYLOR
          United States Attorney
          District of Columbia

By: *Angela Schmidt*
          ANGELA G. SCHMIDT
          Assistant United States Attorney

-4-