UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 07-215 (RBW) |
| v. | : | |
| JEROME M. CARTER, | : | FILED |
| | : | OCT 5 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## FACTUAL PROFFER

Had this case proceeded to trial, the government would have shown, beyond a reasonable doubt, that between June and July 2007, the defendant, Jerome M. Carter, participated in five bank robberies in the District of Columbia. Specifically,

### Wachovia Bank (6/18/07)

On June 18, 2007, at approximately 12:24 p.m., the defendant walked into the Wachovia Bank located at 1150 K St., N.W., Washington, D.C., approached a female teller and verbally demanded $100's, $50's and $20's. The defendant stated that he was not playing around and that he was willing to shoot someone. Emphasizing his statement, the defendant with his left hand waved at the teller a gray or silver object that was wrapped in a white cloth. The teller, who believed the object was a gun, complied with the defendant's demand by giving him approximately $1000 in bills. When the defendant demanded more money, the teller gave him two $50 bills and a stack of $10 bills. The defendant took the $50's, but not the stack of $10 bills, and left the bank. The defendant received a total of $1,150 from the robbery.

Photographs of the defendant were obtained from the bank surveillance cameras which show him wearing distinctive, large-framed glasses and a cap. On August 13, 2007, the victim teller identified the defendant's photograph from a nine-photo array and stated that she was pretty sure that

the defendant was the man who had robbed her, but she could not be 100% certain because none of the individuals shown in the photo array was wearing glasses or a hat. The deposits of the Wachovia Bank are insured by the Federal Deposit Insurance Corporation.

### United Bank

On June 29, 2007, at approximately 9:21 a.m., the defendant walked into the United Bank located at 1875 I St., N.W., Washington, D.C., approached a female teller and stated, "I need some money." The teller was confused and did not know what the defendant wanted. The defendant then placed a folded newspaper on the counter and stated, "I have a gun." The defendant opened the newspaper slightly to reveal a light blue terry cloth with an object, which the teller could not identify further, folded within it. The teller gave the defendant a stack of bills, but the defendant refused to take the bills, stating that there was a red spot on the money. The teller then gave the defendant four bills. When the defendant demanded more money, the teller gave him a stack of $20 bills and some loose bills. The defendant then demanded $50's and $100's. The teller retrieved the loose $50's bills from her drawer and gave them to the defendant, who then took the money and left the bank. The defendant received a total of $1,070 from the robbery.

Photographs of the defendant were obtained from the bank surveillance cameras which show him wearing distinctive, large-framed glasses and a blue, green and white plaid shirt. On July 25, 2007, the victim teller was shown a nine-photo array, but chose not to make an identification from that array. However, the teller stated that her security office had e-mailed her a surveillance photograph from a bank robbery that took place at the SunTrust Bank located at 965 L'Enfant Plaza, N.W., Washington, D.C. on July 23, 2007. The teller was 100% certain that the man depicted in that surveillance photograph was the man who had robbed her. On July 31, 2007, the shirt the defendant

wore during this robbery was seized in a search of the defendant's assigned bunk and locker at the Mitch Snyder Homeless Center. The deposits of the United Bank are insured by the Federal Deposit Insurance Corporation.

### Wachovia Bank (7/11/07)

On July 11, 2007, at approximately 9:30 a.m., the defendant walked into the Wachovia Bank located at 1100 Connecticut Ave., N.W., Washington, D.C. approached a female teller and stated that he wanted to make a withdrawal and that he had a gun. The defendant showed the teller an object covered in a dark blue cloth, which object the teller believed was a gun. The defendant then demanded $50's and $100's. The teller placed two $50 bills on top of a stack of smaller bills. The defendant took the money, told the teller not to move for five minutes, and left the bank. The defendant received a total of $1563 from the robbery.

Photographs of the defendant were obtained from the bank surveillance cameras which show him wearing distinctive, large-framed glasses. On July 25, 2007, the victim teller identified the defendant's photograph from a nine-photo array, and stated that she was pretty sure the defendant was the man who had robbed her, but that she could not be 100% certain because the man in the photograph was not wearing glasses. The deposits of the Wachovia Bank are insured by the Federal Deposit Insurance Corporation.

### Citibank

On July 16, 2007, at approximately 1:10 p.m., the defendant walked into the Citibank located at 1749 ½ Columbia Rd., N.W., Washington, D.C., approached a female teller and verbally demanded $50's and $100's. The defendant emphasized his demand by stating that he had a gun and was not playing. The defendant also stated that he did not want any money with straps. The teller

gave the defendant some money, but he demanded more and said that he wanted $20's. The defendant took the money and left the bank. The defendant received a total of $2,880 from the robbery.

Photographs of the defendant were obtained from the bank surveillance cameras which show him wearing distinctive, large-framed glasses. In addition, evidence technicians recovered a business card from the counter where the defendant was waiting for an available teller before he committed the robbery. On July 24, 2007, investigators showed a wanted posted containing the surveillance photographs from this bank robbery to an employee of the business listed on the business card recovered at the scene. The employee identified the individual in the photographs as the defendant, who was a client of the business. On July 25, 2007, the victim teller identified the defendant's photograph from a nine-photo array, and stated that she was pretty sure the defendant was the man who had robbed her, but that she could not be 100% certain because the man in the photograph was not wearing glasses. The deposits of the Citibank are insured by the Federal Deposit Insurance Corporation.

### SunTrust Bank

On July 23, 2007, at approximately 1:50 p.m., the defendant walked into the SunTrust Bank located at 965 L'Enfant Plaza, S.W., Washington, D.C., approached a female teller and requested a deposit slip. The teller advised the defendant that he needed to provide an account number in order to receive a slip. The defendant appeared agitated and then stepped to the side of the teller window for a moment. When the defendant returned to the teller window, he stated, "Can you hear me?" After the teller acknowledged that she could, the defendant stated, "I have a gun in my pocket. I will shoot this place up. I am not playing. Give me $100's and $50's." After the teller

gave the defendant some $100 and $50 bills from her drawer, the defendant stated, "I know you have more." The defendant stated that he did not want any strapped money, only loose bills, and he demanded $20 bills. The teller gave the defendant more money, which he took and put into a pants pocket. Before leaving the bank, the defendant told the teller to wait for ten minutes and also said, "See you next week." The defendant received a total of $11,261.50 from the robbery.

Photographs of the defendant were obtained from the bank surveillance cameras which show him wearing distinctive, large-framed glasses. On July 25, 2007, the victim teller identified the defendant's photograph from a nine-photo array, and stated that she was 100% certain that the defendant was the man who had robbed her. Also on July 25, 2007, the defendant purchased a 1999 black Chevrolet Tahoe for $7500 from an automobile dealer. The defendant paid the dealer in cash. The defendant was unemployed with no visible means of support and living in a homeless shelter when he purchased this vehicle. The deposits of the SunTrust Bank are insured by the Federal Deposit Insurance Corporation.

The defendant was arrested in the Tahoe on July 29, 2007. At the time of his arrest, the defendant was wearing the distinctive, large-framed glasses depicted in the surveillance photographs of each bank robbery. In a search of the vehicle that was conducted on July 31, 2007, investigators seized, among other items, portions of a torn-up wanted poster that included a surveillance photograph of the defendant from a prior bank robbery.

*Angela Schmidt*
ANGELA G. SCHMIDT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

**Defendant's Acceptance**

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_10-5-07_  
Date

_Jerome M. Carter_  
Jerome M. Carter

**Defense Counsel's Acknowledgment**

I am Jerome M. Carter's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_10/5/07_  
Date

_Tony W. Miles_  
Tony Miles, Esq.