AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

**FILED**
OCT 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr215

I, _Jerome Carter_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/5/07__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jerome M. Carter_
Defendant

_Tony W. M[...]_
Counsel for Defendant

Before _[signature]_
Judicial Officer