UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

vs.                              :   Criminal No.   07-00215 (RBW)

JEROME M. CARTER                 :

## NOTICE OF APPEAL

**Name and address of appellant:**          Jerome M. Carter

**Name and address of appellant's attorney:**   Tony W. Miles
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:**   18 USC 2113 (a)  Bank Robbery

**Concise statement of judgment or order, giving date, and any sentence:** One hundred and fifty (150) months on Count 1; (150) on Count 2; (150) on Count 3; (150) on Count 4; (150) on Count 5 to run concurrent with each other.

**Name of institution where now confined, if not on bail:** DC jail

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

_01/31/08_                          _Jerome M. Carter_
DATE                                APPELLANT

CJA, NO FEE _____
PAID USDC FEE _____ ATTORNEY FOR APPELLANT
PAID USCA FEE _____

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

**CRIMINAL APPEAL DOCKETING STATEMENT**

**PART I**

1.  Criminal Docket Number    07-cr-00215 (RBW)

2.  Case Name   US. v. Jerome M. Carter

3.  Appellant's Name   Jerome M. Carter

3a. Appellant's Defendant No.  1

4.  Date of Conviction   October 5, 2007

4a. Date of Sentence    January 16, 2008

5.  Name of District Judge  Reggie B. Walton

6.  Date Notice of Appeal Filed January 31, 2008

7.  Of what offense(s) was defendant convicted?  Bank Robbery

8.  What sentence was imposed?  One hundred and fifty (150) months on Count 1; (150) on Count 2; (150) on Count 3; (150) on Count 4; (150) on Count 5 to run concurrent with each other.

9.  How much of the sentence has defendant already served? Approx. 6 months

10. Is appellant challenging the conviction?   No

11. Is appellant challenging the sentence?   Yes

12. Is defendant currently incarcerated?   Yes

    If yes, place of incarceration.   DC Jail

    If no, address and phone number.   n/a

13. Has defendant moved for release pending appeal?    No

    If yes, date filed and disposition.   n/a

    Does defendant intend to file such a motion in the District Court?    No

14. Will appellant file a motion for release pending appeal in Court of Appeals? **No**

15. Did appellant have court-appointed trial counsel? **Yes**

16. Does appointed trial counsel wish to petition for appointment as appellate counsel pursuant to the Circuit Plan to Implement Criminal Justice Act?*

    (A "no" indication requires a statement of reasons).

    YES __**X**__    NO _____

    If NO, Reason: __n/a__

17. Did defendant have retained counsel? **No**

    If yes, will case proceed on appeal with retained counsel? __n/a__

**\* In all appeals of sentence of 8 months or less trial counsel is required to prosecute the appeal of sentence.**

   If no, will defendant seek appointment of counsel on appeal and has defendant filed motion to proceed in forma pauperis? __n/a__

**PART II-Transcripts**

1. Has counsel ordered transcripts ___ CJA    ___ PAID

   a. For appeal from conviction? __No__

   b. For Sentencing appeal?* __No__

   c. Other _____

2. If, Yes when will transcripts be completed? __n/a__

3. Did counsel seek expedited preparation of sentencing transcripts? __No__

**PART III-Sentencing Appeals**

Appellant should only complete the following if appellant intends to challenge the sentence imposed.

1. Appellant Intends to Challenge District Court's Findings of Relevant Fact __Yes__

2. Appellant Intends to Challenge the District Court's Specific Application of the Guidelines __Yes__

3. Appellant contends District Court should have applied the following sentence range (from sentencing table; include also a statement as to which offense level and criminal history category are correct). __tbd__

4. Appellant intends to challenge the validity of the statue or guidelines __No__

5. Appellant intends to challenge denial of Motion to Compel Filing of Departure Motion. __No__


Signature _____    Date: __1/31/08__

Name of Counsel or Pro Se Litigant (Print) __Tony W. Miles and Neil Jaffee__

Firm __Office of the Federal Public Defender__

Phone __(202) 208-7500__

Address __625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004__

Counsel for Appellant (Name of Party) __Jerome M. Carter__